UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte DIVISION
DOCKET NO. 3:23-cv-584

Robert Halstead,

    Plaintiff,

vs.

Electrolux Home Products, Inc.,

    Defendant.

MOTION FOR ADMISSION
*PRO HAC VICE*
and AFFIDAVIT

NOW COMES Lucy M. Anderson ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of C. Frederick W. Manning II ("Applicant"), who seeks permission to represent Electrolux Home Products, Inc. ("Client") in this above-captioned case.

By signing this motion, Local Counsel and Applicant certify that:

    1.    Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is South Carolina.

    2.    Applicant practices under the name of or as a member of the following firm:

**Firm Name:** Fisher & Phillips LLP
**Mailing Address:** 1320 Main Street, Suite 750
**City / State / Zip:** Columbia, South Carolina, 29201
**Telephone Number:** 803-255-0000    **Facsimile Number:** 803-255-0202
**Email Address (required):** fmanning@fisherphillips.com

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:

State of South Carolina, USDC-South Carolina, and U.S. Court of Appeals for the Fourth Circuit.

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5. Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8. Local Counsel has conferred with counsel for the other parties, who have indicated they *do not* oppose this motion.

9. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10. Applicant consents to electronic notification.

By signing this Motion, we so certify.

This, the  11  day of  October , 20 23 .

/s/ Lucy M. Anderson  /s/ C. Frederick W. Manning II
Local Counsel                                                Applicant

Attorney Name  Lucy M. Anderson
Bar Number  49043
Firm Name  Fisher & Phillips LLP
Firm Address  227 West Trade Street, Suite 2020
Firm City / State / Zip  Charlotte, NC 28202
Telephone Number  704-778-4187
Fax Number  704-334-9774
Email Address  lmanderson@fisherphillips.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil Action No. 3:23-cv-00584-FDW-SCR

| | |
|---|---|
| ROBERT HALSTEAD, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)<br>) |
| ELECTROLUX HOME PRODUCTS, INC. | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date listed below, the foregoing MOTION FOR ADMISSION PRO HAC VICE was electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notice to Plaintiff's counsel:

Corey M. Stanton, Esq.
Phillip J. Gibbons, Jr. Esq.
Ethan L. Slabosky, Esq.
GIBBONS LAW GROUP, PLLC
14045 Ballantyne Corporate Place, Ste. 325
Charlotte, NC 28277
(T) 704-612-0038
phil@gibbonslg.com
corey@gibbonslg.com
ethan@gibbonslg.com
*Counsel for Plaintiff*

This the 11th day of October 2023.

Respectfully submitted,

By: */s/ Lucy M. Anderson*
Lucy M. Anderson
**FISHER PHILLIPS LLP**

# The Supreme Court of South Carolina

## Certificate of Good Standing

  I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Charles F. Williams Manning II (C. Frederick W. Manning II) was duly sworn and admitted as an attorney in this state on November 18, 1997 and is currently a regular member of the South Carolina Bar in good standing. *Patricia A. Howard*
CLERK

Columbia, South Carolina

October 05, 2023

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.